IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULITA RUPISAN;
ERNESTO RUPISAN,

      Plaintiffs,                    No. CIV S-12-566 GEB EFB PS

  vs.

JPMORGAN CHASE BANK, N.A., et al.,

      Defendants.               ORDER
_____/

      This case, in which plaintiffs are proceeding *pro se*, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On March 2, 2012, defendants JPMorgan Chase Bank, N.A., California Reconveyance Company, and Deutsche Bank National Trust Company removed the action to this court from Stanislaus County Superior Court. Dckt. No. 1.

      Upon review of the action, it appears that in addition to being removed from Stanislaus County, the property at issue is also located in Stanislaus County. Therefore, the case should have been commenced in the Fresno Division pursuant to Eastern District of California Local Rule 120(d), and will be transferred to the Fresno Division pursuant to Local Rule 120(f). L.R. 120(d) ("All civil and criminal actions and proceedings of every nature and kind cognizable in the United States District Court for the Eastern District of California arising in . . . Stanislaus

1

1 [County] shall be commenced in the United States District Court sitting in Fresno, California");
2 L.R. 120(f) ("Whenever in any action the Court finds upon its own motion, motion of any party,
3 or stipulation that the action has not been commenced in the proper court in accordance with this
4 Rule, or for other good cause, the Court may transfer the action to another venue within the
5 District.").

6     Accordingly, IT IS HEREBY ORDERED that:

7     1. This action is transferred to the Fresno Division;

8     2. All dates currently set in this action are vacated;

9     3. The Clerk of Court shall assign a new case number; and

10     4. All future filings shall bear the new case number and shall be filed at:

11         United States District Court
        Eastern District of California
12         2500 Tulare Street
        Fresno, CA 93721

13

14 DATED: May 10, 2012.

15                     EDMUND F. BRENNAN
                    UNITED STATES MAGISTRATE JUDGE

2